COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Sustainable Texas Oyster Resource Management, LLC v.
Hannah Reef, Inc., Shrimps R Us, Inc., IVO Slabic and Michael
Ivic

Appellate case number: 01-18-00088-CV

Trial court case number:     15-CV-0772

Trial court:                         56th District Court of Galveston County

This appeal was abated to provide the parties an opportunity to file supplemental briefing to address the Supreme Court of Texas's opinion in *Chambers-Liberty Counties Navigation District v. State of Texas*, 575 S.W.3d 339 (Tex. 2019). Because the allotted time for filing the supplemental briefing has expired, the appeal is **reinstated**.

It is so ORDERED.

Judge's signature:          /s/ Richard Hightower
                                      Acting individually

Date:     May 5, 2020